IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

STEPHEN GORDON GRIMES, JR.,

Defendant.

CRIMINAL CASE NO.

1:20-CR-00427-SCJ-CMS

## ORDER

This matter appears before the Court on the Report and Recommendation ("R&R") (Doc. No. [45]) issued by the Honorable Catherine M. Salinas, United States Magistrate Judge, to which no objection has been filed. After reviewing the R&R and no clear error having been found, the R&R (Doc. No. [45]) is received with approval and **ADOPTED** as the Order of this Court. For the reasons stated in the R&R, Defendant's Motion to Suppress (Doc. No. [26]) is **DENIED**.

IT IS SO ORDERED this __2nd__ day of November, 2021.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE